IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBINSON, an individual,

Plaintiff,

vs.

CHINA 8, LLC, (aka the "China8 Project") a Washington limited-liability company; ERUDITE, INC., a Washington corporation; GLOBAL BILLBOARDS, INC., (aka "GBoards"), a Washington corporation; PAUL WILLMS, an individual; and RICHARD SCHMIDTKE, an individual,

Defendants

Case No.

COMPLAINT

## I. PARTIES

1.1 Plaintiff John Robinson is a resident of the State of Texas.

1.2 Defendant China 8, LLC., aka the "China8 Project," is a Washington limited-liability company with its principal place of business in King County, Washington. Defendant

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

China 8, LLC is, upon information and belief, a joint-venture between Defendants Erudite, Inc. and Global Billboards, Inc.

1.3 Defendant Erudite, Inc., is a Washington corporation with its principal place of business in Pierce County, Washington.

1.4 Defendant Global Billboards, Inc., aka "GBoards", is a Washington corporation with its principal place of business in King County, Washington.

1.5 Defendant Paul Willms is a founder and Chairman of the Board of Defendant Erudite, Inc.; founder, President and Chief Executive Officer of Defendant China 8, LLC.; and, upon information and belief, an officer and/or director of Defendant Global Billboards, Inc.

1.6 Defendant Richard Schmidtke is Director and Chief Financial Officer of defendant Erudite, Inc.; Director and Chief Financial Officer of Defendant Global Billboards, Inc; and upon information and belief, Director and Chief Financial Officer of Defendant China 8 LLC.

## II. JURISDICTION AND VENUE

2.1 This court has jurisdiction over the parties to this action, and over the subject matter of this action, pursuant to 28 U.S.C. § 1332, because complete diversity of citizenship exists, and the amount in controversy exceeds $75,000.

2.2 Venue is proper in this district under 28 U.S.C. § 1391 based on the Washington state residency of one or more defendants.

## III. BACKGROUND FACTS

3.1 Upon information and belief, Defendant China 8, LLC, was conceived of and established as a joint-venture between Defendant Paul Willms' two companies, Defendants Erudite, Inc. and Global Billboards, Inc., for the primary purpose of developing an advertising campaign, the "China8 Project," created to launch and generate publicity for Defendants Erudite, Inc., and Global Billboards, Inc. Defendant Erudite, Inc. is in the business of

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

developing technology to be used in securing shipping containers; Defendant Global Billboards, Inc., sells advertising on the side of shipping containers.

3.2 From approximately June 2007 to November 2007, Plaintiff John Robinson and his company, John Robinson Designs, Inc., provided design, production and consulting services for the China8 Project and for the benefit of all Defendants.

3.3 On or about June 22, 2007, Plaintiff was informed that he would be paid $25,000 per month, that he would be provided an "Art Production Budget" for hiring a team, equipment, supplies, and real estate and was directed to immediately hire any exceptional design professionals he had identified – "if you have a rock star—hire!"

3.4 Defendants agreed that Plaintiff would "have artistic freedom to do whatever you choose and hiring freedom… for forming a rock star team." Defendants agreed that Plaintiff would have authority to engage and mobilize a team of design professionals, to assist with the China8 website, the printed materials for generating advertising, logo assistance and branding.

3.6 In early July, Defendants agreed that Plaintiff would hire the company Blue Flavor to design the China8 Project website and other promotional material.

3.7 Defendants agreed to reimburse Plaintiff for his expenses, including payment for any work Plaintiff contracted out to Blue Flavor and others. As of mid-November, Blue Flavor was owed the principal amount of $29,531.25 for its services.

3.8 During the approximate six-month period during which Plaintiff provided services to and for the benefit of Defendants, he periodically submitted invoices for his fees and expenses. Plaintiff was paid irregularly, and at various times received payment from Defendants Erudite, Inc., Willms, and China 8 LLC.

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

3.9 Although many of Plaintiffs' invoices were not paid, or not paid in full, at no time did any Defendant raise any objection to Plaintiff's entitlement to full payment of the amount stated in his invoices.

3.10 Plaintiff's outstanding invoices (Invoices #415, #416, #432, and #433), are attached hereto as Exhibit A. The total amount stated on these unpaid invoices is $80,929.82, which does not account for amounts owed for Blue Flavor's work,

3.11 In December 2007, Plaintiff received written correspondence from Defendant Paul Willms and Defendant Global Billboards, Inc., in which Defendant Willms acknowledged the debt, without disputing the amount stated on any of the invoices. Exhibit B.

3.12 Defendant Willms, on behalf of himself and the other Defendants, also specifically acknowledged that Plaintiff had "provided valuable services" at a time when the China8 Project purportedly had been "licensed" to Erudite Inc. Defendant Willms represented that Defendant Global Billboards had "assumed operating control – and financial responsibility – for China8's past and future efforts."

3.13 In that same correspondence, Defendant Willms conceded that Plaintiff's invoices had not been paid in full, and represented that Defendant Global Billboards, Inc. would "begin clearing its past obligations – including our unpaid invoices from your firm."

3.14 Notwithstanding Defendant Willms' attempt to insulate some of the other Defendants from liability for non-payment of Plaintiff's services, all Defendants remain indebted to Plaintiff. As of today's date, Defendants owe in excess of $110,000 for Plaintiff's services, including his fees and expenses.

## IV. FIRST CAUSE OF ACTION: BREACH OF CONTRACT

4.1 Plaintiff restates and incorporates by reference each of the foregoing paragraphs.

LAW OFFICES
**DANIELSON HARRIGAN LEYH & TOLLEFSON LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

4.2 Defendants' failure to pay for Plaintiff's services, fees and expenses, as agreed, constitutes a breach of contract, for which Plaintiff is entitled to recover all direct, incidental, and consequential damages.

## V. SECOND CAUSE OF ACTION: UNJUST ENRICHMENT

5.1 Plaintiff restates and incorporates by reference each of the foregoing paragraphs.

5.2 Defendants have been unjustly enriched in an amount equal to the value of Plaintiff's services for which Defendants have not paid.

5.3 Plaintiff is entitled to recover the full value of his unpaid services, including all fees and expenses.

## VI. THIRD CAUSE OF ACTION: ACCOUNT STATED

6.1 Plaintiff restates and incorporates by reference each of the foregoing paragraphs.

6.2 Plaintiff has submitted invoices for his services, including his fees and expenses, which Defendants agreed to pay.

6.3 Plaintiff and Defendants have reached agreement, actual or implied, that the full amount reflected in the invoices attached as Exhibit A is presently owed. Defendants have expressly and/or impliedly acknowledged this debt.

6.4 Despite Plaintiff's demands for payment, Defendants have failed to make payments on the account stated.

## VII. PRAYER FOR DAMAGES

7.1 Plaintiff prays for relief against Defendants as follows:

i. Payment for all amounts due and outstanding;

ii. Both prejudgment and post judgment interest at the statutory rate;

iii. Reasonable attorney's fees and costs; and

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

iv. Such other relief as the Court may deem just and equitable.

DATED this 2nd day of May, 2008.

DANIELSON HARRIGAN LEYH & TOLLEFSON LLP

By [signature]
Christopher T. Wion, WSBA #33207
Attorneys for Plaintiff John Robinson

LAW OFFICES
DANIELSON HARRIGAN LEYH & TOLLEFSON LLP
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL, (206) 623-1700 FAX, (206) 623-8717

# EXHIBIT A

JOHN ROBINSON DESIGN

C/O MARSHALL @ CLIQUE STRATEGIC
29 W. 38TH ST, 14TH FLOOR
NEW YORK, NY 10018

CEL. 917-749-6323
FAX. 866-330-5756

JOHN@JOHNROBINSONDESIGN.COM

# INVOICE #415

**DATE:** 9/05/2007
**CLIENT:** CHINA8 PROJECT/ ERUDITE, INC.
**JOB:** CREATIVE DIRECTION, CHINA8 PROJECT
FIRST THREE MONTHS @ FLAT FEE.

| DESIGNER FEES: | |
|---|---|
| 6/24/07- 7/21/07 | $ 25,000.00 |
| 7/25/07- 8/18/07 | $ 25,000.00 |
| 8/19/07- 9/15/07 | $ 25,000.00 |
| TOTAL DUE | $ 75,000.00 |
| LESS ADVANCE CHECK | -$ 20,000.00 |
| TOTAL DUE | $ 55,000.00 |

PLEASE MAKE CHECKS PAYABLE TO JOHN ROBINSON DESIGN AND MAIL TO ADDRESS ABOVE

JOHN ROBINSON DESIGN
C/O MARSHALL @ CLIQUE STRATEGIC
29 W. 38TH ST, 14TH FLOOR
NEW YORK, NY 10018

CEL. 917-749-6323
FAX. 866-330-5756

JOHN@JOHNROBINSONDESIGN.COM

# INVOICE #416

**DATE:** 9/05/2007
**CLIENT:** CHINA8 PROJECT/ ERUDITE, INC.
**JOB:** EXPENSES, CHINA8 PROJECT

| | | |
|---|---|---|
| DEPOSIT PAID TO BLUE FLAVOR | $ | 10,000.00 |
| C8 LOGO REVISIONS, CONTRACTED @ $50 PER HOUR X 10 HRS. | $ | 500.00 |
| EXPENSES- RECIEPTS ATTACHED | $ | 6,647.91 |
| CONTAINER SKETCHES, PDFS AND PP PRESENTATIONS, CONTRACTED @ $50 PER HOUR X 70.75 HORS | $ | 3537.50 |
| TOTAL DUE | $ | 20,685.41 |
| LESS ADVANCE CHECK | -$ | 10,000.00 |
| TOTAL DUE | $ | 10,685.41 |

PLEASE MAKE CHECKS PAYABLE TO JOHN ROBINSON DESIGN AND MAIL TO ADDRESS ABOVE

| Date | Description | Cardmember | Foreign Amount | Amount |
|---|---|---|---|---|
| 08/04/2007 | JOSEPH C HANSEN CO 0JERSEY CITY NJ<br>00000004 2122468055<br>2122468055<br>GENERAL MERCHA 0.00<br>Reference No: 320072160346285910<br>More Detail | J HERBERT ROBINSON<br>(drape for party) | | 722.88 |
| 08/08/2007 | PAN PACIFIC SEATTLE SEATTLE WA<br>RESTAURANT<br>RESTAURANT<br>FOOD/BEVERAGE 36.65<br>TIP 7.00<br>Reference No: 320072220399891758<br>More Detail | J HERBERT ROBINSON | | 43.65 |
| 07/25/2007 | AVIS RENT-A-CAR RICHMOND BC<br>948248825 AVIS RENT-A-CAR<br>Location Data<br>Rental : RICHMOND , BC 19290707<br>Rental : SEATTLE APO , 19290707<br>Agreement Number : 948248825<br>Renter Name : WILLMS,PAUL<br>Charge Ref. Number :<br>Reference No: 320072110304580252<br>More Detail | J HERBERT ROBINSON<br>(vancouver car rental) | 1,012.40 **CANADIAN DOLLAR | 981.13 |
| 07/24/2007 | PREMIUM CAR RENTAL PROTECTION | J HERBERT ROBINSON | | 19.95 |
| 08/02/2007 | AMERICAN AIRLINES ATLANTA GA<br>TKT# 0017066202145<br>AMERICAN AIRLINES<br>From : To : Carrier : Class :<br>AUSTIN TX DENVER CO UA VP<br>SEATTLE WA<br>AUSTIN TX UA VP<br>Ticket Number : 00170662021458 Date of Departure : 0806<br>Passenger Name : ROBINSON/JOHNHERBERT<br>Document Type : PASSENGER TICKET<br>Reference No: 320072160346285913<br>More Detail | J HERBERT ROBINSON | | 571.20 |
| 07/28/2007 | FRONTIER AIRLINES ATLANTA GA<br>TKT# 4227064901584<br>FRONTIER AIRLINES<br>From : To : Carrier : Class :<br>SEATTLE WA DENVER CO F9 LN<br>AUSTIN TX<br>Ticket Number : 42270649015840 Date of Departure : 0729<br>Passenger Name : ROBINSON/JOHNHERBERT<br>Document Type : PASSENGER TICKET<br>Reference No: 320072110299101982<br>More Detail | J HERBERT ROBINSON | | 404.99 |

**TOTAL FOR PAGE: $2,743.80**

| Date | Description | Name | Amount |
|---|---|---|---|
| 06/08/2007 | UNITED AIRLINES ATLANTA GA<br>UNITED AIRLINES<br>From: To: Carrier: Class:<br>LOS ANGELES CA SEATTLE WA UA HA<br>LOS ANGELES CA UA VA<br>Ticket Number: 01670530498512 Date of Departure: 06/09<br>Passenger Name: ROBINSON/JOHNHERBERT<br>Document Type: PASSENGER TICKET<br>Reference No: 32007160034753704<br>More Detail | J HERBERT ROBINSON | 469.80 |
| 06/25/2007 | NORTHWEST AIRLINES ATLANTA GA<br>TKT# 0127056836302<br>NORTHWEST AIRLINES<br>From : To : Carrier : Class :<br>LOS ANGELES CA SEATTLE WA NW Y2<br>LOS ANGELES CA<br>Ticket Number : 01270568363024 Date of Departure : 0627<br>Passenger Name : ROBINSON/JOHNHERBERT<br>Document Type : PASSENGER TICKET<br>Reference No: 32007177049782917O<br>More Detail | J HERBERT ROBINSON | 509.80 |
| 06/13/2007 | ADVANTAGE #391 SEATTLE WA<br>Location Date<br>Rental: SEATTLE WA 07/06/09<br>Return: SEATTLE WA 07/06/13<br>Agreement Number: 80604RZ 3<br>Renter Name: ROBIN ON JOHN<br>Reference Number: 80604RZ<br>Reference No: 32007165039124865<br>More Detail | J HERBERT ROBINSON | 77.13 |

**TOTAL $1056.73**

| | | | |
|---|---|---|---|
| 07/28/2007 | UNITED AIRLINES TKT SVC CTR -IL<br>TKT# 0162161757126<br>UNITED AIRLINES<br>From : To : Carrier : Class :<br>SEATTLE WA DENVER CO UA HA<br>AUSTIN TX<br>DENVER CO UA HA<br>SEATTLE WA UA VP<br>Ticket Number : 01621617571264 Date of Departure : 0730<br>Passenger Name : ROBINSON/JOHN H MR<br>Document Type : PASSENGER TICKET<br>Reference No: 320072110299101983<br>More Detail | J HERBERT ROBINSON | 630.60 |
| 08/09/2007 | EDGEWATER RESTAURANTSEATTLE WA<br>000000376 FOOD-BEV<br>FOOD_AND_BEVERAGE<br>FOOD-BEV 77.95<br>TIP 14.00<br>Reference No: 320072210390415342<br>More Detail | J HERBERT ROBINSON | 91.95 |
| 07/05/2007 | ISTOCKINTERNATIONAL 403-265-3062 IL<br>STOCKPHOTO<br>ROC No. 0057081880<br>Reference No: 320071870093239594<br>More Detail | J HERBERT ROBINSON<br>**(stock imagery for mock ups)** | 120.00 |
| 07/26/2007 | EDGEWATER HOTEL SEATTLE WA<br>033846211 LODGING<br>Reference No: 320072080273169105<br>More Detail | J HERBERT ROBINSON<br>**(hotel night after Beijing)** | 522.69 |

**PAGE TOTAL: $1,365.24**

| Date | Description | Name | Amount |
|---|---|---|---|
| 08/10/2007 | CONTINENTAL AIRLINES ATLANTA GA<br>TKT# 00570682202156<br>CONTINENTAL AIRLINES<br>From : To : Carrier : Class :<br>SEATTLE WA HOUSTON TX IAH CO YL<br>AUSTIN TX<br>Ticket Number : 00570682202156 Date of Departure : 0812<br>Passenger Name : ROBINSON/JOHNHERBERT<br>Document Type : PASSENGER TICKET<br>Reference No: 32007223040920754O<br>More Detail | J HERBERT ROBINSON | 540.30 |
| 08/12/2007 | AMPCO SYSTEM PARKINGAUSTIN TX<br>000004181 PARKING FEES<br>PARKING FEES<br>Reference No: 320072250425762184<br>More Detail | J HERBERT ROBINSON | 63.00 |
| 07/29/2007 | PAN PACIFIC SEATTLE SEATTLE WA<br>Arrival Date Departure Date<br>07/26/07 07/29/07<br>00000000<br>Reference No: 320072120307564926<br>More Detail | J HERBERT ROBINSON | 878.84 |

page total $1482.14

JOHN ROBINSON DESIGN

C/O MARSHALL @ CLIQUE STRATEGIC
29 W. 38TH ST, 14TH FLOOR
NEW YORK, NY 10018

CEL. 917-749-6323
FAX. 866-330-5756

JOHN@JOHNROBINSONDESIGN.COM



# INVOICE #433

**DATE:** 10/17/2007
**CLIENT:** CHINA8 PROJECT/ ERUDITE, INC.
**JOB:** CREATIVE DIRECTION, CHINA8 PROJECT
FIRST THREE MONTHS @ FLAT FEE.

| | |
|---|---|
| DESIGNER FEES:<br>9/15/07- 10/10/07 (DISCOUNTED, FLAT FEE) | $ 12,500.00 |
| TOTAL DUE | $ 12,500.00 |

PLEASE MAKE CHECKS PAYABLE TO JOHN ROBINSON DESIGN AND MAIL TO ADDRESS ABOVE

JOHN ROBINSON DESIGN

C/O MARSHALL @ CLIQUE STRATEGIC
29 W. 38TH ST, 14TH FLOOR
NEW YORK, NY 10018

CEL. 917-749-6323
FAX. 866-330-5756

JOHN@JOHNROBINSONDESIGN.COM

# INVOICE #432

**DATE:** 10/17/2007
**CLIENT:** CHINA8 PROJECT/ ERUDITE, INC.
**JOB:** EXPENSES, CHINA8 PROJECT

| | |
|---|---|
| CONTAINER ILLUSTRATIONS W/ BEIJING 2008/C8 LOGOS: CONTRACT WORK @ $50 PER HOUR X 10 HOURS | $ 500.00 |
| ART PHOTOGRAPHY COST- FLAT FEE: DRAGON IMAGES SHOT IN THAILAND FOR BARGE AND SEATTLE PARTY | $ 1500.00 |
| ADDITIONAL EXPENSES, RECEIPTS ATTACHED | $ 59.00 |
| REMAINING BALANCE FROM INVOICE # 416 | $ 685.41 |
| **TOTAL DUE** | **$2,744.41** |

PLEASE MAKE CHECKS PAYABLE TO **JOHN ROBINSON DESIGN** AND MAIL TO ADDRESS ABOVE

# EXHIBIT B

# GBoards, Inc.

December 18, 2007

John Robinson
338 West 22nd #23
New York, NY 10011

Dear John Robinson,

Last August, your company provided valuable services to our China8 Project's Seattle launch event. At that time, we had licensed the China8 Project to Erudite Inc.

As of September 1, GBoards and Erudite agreed that the China8 Project was a better fit for GBoards. Accordingly, GBoards has assumed operating control – and financial responsibility – for China8's past and future efforts.

Presently, GBoards has limited operating capital, but we met with promising investor interest and we expect to be adequately funded during the first quarter of 2008. Accordingly, GBoards expects to begin clearing its past obligations – including our unpaid invoices from your firm – as funds are received.

We thank you for the patience you have already shown, and hope that you will continue to work with us to satisfy our obligation to you.

In the interim, please direct inquiries about the status of this invoice either to me at 425-330-7161 or to Rich Schmidtke, our CFO, at 253-272-8542 ( ask for Lori).

Sincerely,

Paul Willms
CEO
GBoards, Inc.

711 Court A, Suite 204
Tacoma, WA. 98402

253-272-8542
253-284-2825 (fax)